UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| LEIGH ANN GILLESPIE, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 3:23-cv-00198-FDW-SCR |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

**ORDER**

THIS MATTER is before the Court on the Consent Motion to Remand, (Doc. No. 9). For the reasons stated in the motion, it is GRANTED.

IT IS THEREFORE ORDERED that pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's motion, with Plaintiff's consent, to remand this case for further administrative proceedings, the Court hereby remands this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Shalala v. Schaefer*, 509 U.S. 292 (1993).

IT IS SO ORDERED.

Signed: October 18, 2023

Frank D. Whitney
United States District Judge